**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
SULEYMAN EREN AND TUNCAY SINAN,

        Plaintiffs,

                                    **JUDGMENT**

-against-                                      15-CV-4083 (RER)

GÜLLÜOGLU, LLC AND ERCAN KARABEYOGLU,

        Defendants.
------------------------------------------------------X

**RAMON E. REYES, JR., U.S.M.J.**

       Whereas plaintiffs Suleyman Eren ("Eren") and Tuncay Sinan ("Sinan") commenced this against defendants Ercan Karabeyoglu ("Karabeyoglu") and Güllüoglu, LLC ("Güllüoglu") (collectively, "Defendants") on July 10, 2015, seeking to recover unpaid wages, statutory damages, and liquidated damages for violations of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), NYLL § 650 *et seq.*, and

       Whereas the issues of liability and damages were tried during a two-day bench trial by United States Magistrate Judge Ramon E. Reyes, Jr. presiding by consent of all parties pursuant to 28 U.S.C. § 636(c), and

       Whereas on June 29, 2018, Judge Reyes issued a Findings of Fact and Conclusions of Law finding that Plaintiffs were non-exempt employees and that Defendants were liable for violations of the FLSA and NYLL, and

       Whereas Judge Reyes assessed damages owed to Eren for unpaid wages, statutory damages, and liquated damages to be $236,901.96, and damages owed to Sinan for unpaid wages, statutory damages, and liquidated damages to be $151,539.13, and

Whereas, on August 28, 2018, the damages were decreased to $206,510.37 for Eren and $129,900.60 for Sinan to account for an error in the Court's calculation of pre-judgment interest,[1] and

Whereas on August 28, 2018, in accordance with 29 U.S.C. § 216(b) and N.Y. Lab. Law § 663(1), Judge Reyes awarded Plaintiffs attorney's fees and costs in the amount of $111,245.00 and $4,480.42, respectively, it is thereby

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Suleyman Eren in the total amount of $264,373.08 ($206,510.37 in damages plus $57,862.71 in costs and fees) against Ercan Karabeyoglu and Güllüoglu, LLC, and it is further

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Tuncay Sinan in the total amount of $187,583.31 ($129,900.60 in damages plus $57,862.71 in costs and fees) against Ercan Karabeyoglu and Güllüoglu, LLC, and it is further

**ORDERED, ADJUDGED AND DECREED** that post-judgment interest is awarded on all of the foregoing pursuant to 28 U.S.C. § 1961.

DATED:   Brooklyn, New York
         August 28, 2018

*Ramon E. Reyes, Jr.*
**Ramon E. Reyes, Jr., U.S.M.J.**

---

[1] In its Finding of Fact and Conclusions of Law, (Dkt. No. 68), the Court failed to calculate the pre-judgment interest from the midpoint of the claims (November 28, 2011, for Eren and August 11, 2011, for Sinan). In updating the pre-judgment interest for the purpose of issuing this final judgment, the Court has recalculated interest from the midpoint of the claims up to August 28, 2018, and adjusted the totals accordingly.